United States District Court

Eastern District of California

Keith M. Cassells,

        Plaintiff,                    No. Civ. S 04-1798 FCD PAN P

  vs.                                     Order

D. Mehta, et al.,

        Defendants.

-oOo-

    Plaintiff moves to strike defendants' reply to plaintiff's opposition to defendants' motion to dismiss upon the ground the reply asserts an "immaterial and an insufficient defense" in violation of Rule 12(f) of the Federal Rules of Civil Procedure.

    Rule 12(f) applies to pleadings and a reply to a party's opposition to a motion is not a pleading. Fed. R. Civ. P. 7(a), (b).

    Accordingly, plaintiff's January 25, 2005, and February 25, 2005, motions are denied.

1   So ordered.

2   Dated:  July 12, 2005.

3                                          /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
4                                          Magistrate Judge