IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

      Plaintiff,                    No. CIV S- 04-1798 FCD PAN P

    vs.

D. MEHTA, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 13, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Defendants have filed objections to the findings and recommendations.   Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed July 13, 2005, are adopted in full;

4  2. Defendants' December 3, 2004, motion is granted in part;

5  3. Plaintiff's claim that in 2002 defendant Mehta was deliberately indifferent to

6  his serious medical needs by misdiagnosing plaintiff's symptoms is dismissed without prejudice;

7  and,

8  4. Defendants' December 3, 2004, motion to dismiss is denied in all other

9  respects and defendants are directed to file and serve an answer to the complaint within 30 days.

11  DATED: August 19, 2005

13  /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL JR.
14  United States District Judge