United States District Court

Eastern District of California

Keith M. Cassells,

     Plaintiff,　　　　　　　　　　No. Civ. S 04-1798 FCD PAN P

  vs.　　　　　　　　　　　　　　Order

D. Mehta, et al.,

     Defendants.

-oOo-

    November 3, 2005, plaintiff filed a request for production of documents.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-250(c).

1  Accordingly, the court will take no action on plaintiff's
2 November 3, 2005, request for production of documents.
3  So ordered.
4  Dated:  November 17, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge