IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

        Plaintiff,                No. CIV S-04-1798 FCD PAN P

    vs.

D. MEHTA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action. Plaintiff seeks reconsideration of the October 25, 2005, order denying his request for appointment of counsel.

        Plaintiff must show the order to deny his request to proceed in forma pauperis was clearly erroneous or contrary to law. <u>See</u> L. R. 72-303(f).

        Plaintiff asserts that since two defendants are physicians outside the prison he must conduct investigation outside the prison walls. The need to develop facts through discovery does not serve the required demonstration of complexity. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328 (9th Cir. 1986).

        Plaintiff asserts he has difficulty obtaining his medications when he goes to the law library but he makes no showing this has inhibited his ability to pursue his claims.

/////

1       Accordingly, upon reconsideration, the October 25, 2005, order is AFFIRMED.

2       IT SO ORDERED.

3 DATED: March 31, 2006

4

5                             /s/ Frank C. Damrell Jr.
                              UNITED STATES DISTRICT JUDGE

6 /cass1798.affrm ord

2