IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

        Plaintiff,                    No. CIV S-04-1798 FCD PAN P

    vs.

D. MEHTA, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff moves to modify the scheduling order filed January 27, 2006, by extending the time for discovery. Defendants oppose.

        A schedule may be modified only upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order discovery closes May 26, 2006.

        Plaintiff asserts he receives insufficient time in the law library. But plaintiff has served discovery requests and has sought orders compelling disclosure. He does not identify the discovery he still must do but cannot complete by May 26.

/////

1  Plaintiff fails to demonstrate he will not be able to complete discovery despite
2 exercising due diligence.
3  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 4, 2006, motion for
4 extension to complete discovery is denied.
5 DATED: April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\cass1798. dny modif sched