IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

      Plaintiff,                        No. CIV S-04-1798 FCD PAN P

   vs.

D. MEHTA, et al.,

      Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file and serve a reply to defendants' opposition to plaintiff's motion to amend complaint. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's May 24, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' opposition to plaintiff's motion to amend complaint.

DATED: June 12, 2006.

                                             /s/ John F. Moulds
                                       UNITED STATES MAGISTRATE JUDGE

/mp:001
cass1798.36