IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

      Plaintiff,                        No. CIV S-04-1798 FCD EFB P

    vs.

D. MEHTA, et al.,

      Defendants.                ORDER

_____/

        Plaintiff is a state prisoner prosecuting this Section 1983 civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff and defendants have moved to vacate the pretrial dates upon the ground defendants' motion for summary judgment is pending.

        Pursuant to the January 27, 2006, schedule, plaintiff's pretrial statement was due October 20, 2006, and defendants' pretrial statement was due November 3, 2006. The Pretrial Conference is currently set for November 13, 2006, and trial is set for January 30, 2007.

        Because defendants' motion for summary judgment is pending, the parties' requests to vacate these dates are GRANTED and the above dates are VACATED. *See* Fed. R. Civ. P. 16(b). If appropriate, new dates will be set upon resolution of the pending motion for summary judgment.

    Dated: November 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE