IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

        Plaintiff,                      No. CIV S-04-1798 FCD EFB P

    vs.

D. MEHTA, et al.,

        Defendants.            <u>ORDER</u>

                                 /

      Plaintiff is a prisoner without counsel seeking relief pursuant to alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the October 12, 2006, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's November 15, 2006, request is granted and plaintiff has 30 days from the date this order is served to file and serve objections to the October 12, 2006, findings and recommendations.

      So ordered.

Dated: November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE