IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

        Plaintiff,                       No. CIV S-04-1798 FCD EFB P

     vs.

D. MEHTA, et al.,

        Defendants.           ORDER

                                    /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

       Plaintiff asserts that he suffers from diabetes, hypertension, sleep apnea, Hepatitis C, carpal tunnel syndrome and several other physical and mental disorders. He claims these conditions constitute exceptional circumstances because they are inhibiting his ability to litigate this action without counsel. The docket belies this claim. Since commencing this action

in 2004, plaintiff has filed an opposition to defendants' motion to dismiss, a motion for preliminary injunctive relief, at least two motions to compel discovery, a motion to file an amended complaint and an opposition to defendants' motion for summary judgment.  Based on these facts, the court finds that plaintiff has not shown his conditions constitute exceptional circumstances justifying the court requesting counsel to assist him.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's November 28, 2006, request for appointment of counsel is denied.

DATED:  December 11, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2